| Matter of (Santiago) Cintron |
|:---:|
| 2025 NY Slip Op 31635(U) |
| April 29, 2025 |
| Surrogate's Court, New York County |
| Docket Number: File No. 2021-2700/A/B |
| Judge: Hilary Gingold |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

SURROGATE'S COURT: NEW YORK COUNTY

------------------------------------------------------------------X

In the Matter of the Application of

ANA C. SANTIAGO for Permission to Resign as
Executor, and

MARIBEL PIRELA MELANCON
for Appointment as Administrator c.t.a.,

Of the Last Will and Testament of

    RAFAEL A. CORA CINTRON
  a/k/a RAFAEL CORA CINTRON,

          Deceased.

------------------------------------------------------------------X

File No. 2021-2700/A/B

DECISION and ORDER

G I N G O L D, S.

In this uncontested proceeding, petitioner Ana C. Santiago (hereinafter "petitioner") seeks permission to resign as executor of the will of Rafael Cora Citron, deceased, and to appoint Maribel Pirela Melancon a/k/a Maribell Pirela (hereinafter "Maribel") as administrator cta.

Decedent passed away on June 20, 2020, survived by one distributee, his niece Maribel. Under the will dated June 10, 2020, decedent nominated petitioner as executor, but did not name any successor executor.

Decedent's will was admitted to probate on June 12, 2023, and Letters Testamentary issued to petitioner.

Petitioner seeks to resign because she believes that she can no longer serve as executor and that it would be in the best interest of the estate for her to step down.

Petitioner seeks to appoint Maribel as administrator cta because it would be in the best interests of the estate.

A fiduciary may file a petition to resign with the court at any time (*see* SCPA 715; *In re Application of Bank of Am., N.A.*, NYLJ, Feb. 14, 2025 at 27 col 2 [Sur Ct, NY County 2025];

[* 1]

*Matter of Wolfgang Peter Supplemental Needs Trust*, 2016 NY Slip Op 32043(U) [Sur Ct, Nassau County 2016]). There is, however, no automatic right to resign (*see Estate of Michael Ned Mathias*, NYLJ, Mar. 19, 2009 at 37, col 3 [Sur Ct, Bronx County 2009], *citing* SCPA 715, 716, and *Matter of Tuttle*, 4 NY2d 159 [1958]). In most cases, "once a fiduciary has qualified for office and undertaken the responsibilities of office, an application to resign will be denied unless the petitioning fiduciary offers a legitimate reason for resigning and names a successor fiduciary willing to serve in his or her place" (*Matter of Tappan*, 2018 NY Slip Op 32102(U) [Sur Ct, Nassau County 2018], citing *Matter of Cohen*, NYLJ Apr. 24, 2007 at 29, col 4 [Sur Ct, NY County 2007]). Courts have found health issues and residing far from New York to be legitimate reasons for resignation (*see Matter of Wolfgang Peter Supplemental Needs Trust*, 2016 NY Slip Op 32043(U) [Sur Ct, Nassau County 2016]; *Matter of Montrone*, NYLJ, Jun. 9, 1995 at 1 col 4 [Sur Ct, Queen County 1995] [finding that administrator's poor health and permanent residence in Italy were valid grounds for resignation]). The Surrogate's Court in making this decision "must consider the best interests of the administration of the estate or trust" and "the legitimacy of the request" (*see Estate of Hyman Alpert*, NYLJ, Jun. 6, 2005 at 42, col 3 [Sur Ct, NY County 2005], citing *Barch v Avco Corp.*, 30 AD2d 241, 248 [4th Dept 1968]).

If an executor's petition to resign is granted and there is no named successor under the will, the court may issue Letters of Administration cta according to the order of priority set forth in SCPA 1418. Under the statute, priority goes first to the sole beneficiary, then to one or more of the residuary beneficiaries, and finally if no one else is eligible or willing to serve, to one or more of the persons interested in the estate (SCPA 1418). SCPA 1419 elaborates that if there are multiple eligible persons with an equal right to Letters of Administration cta, those other persons must either renounce their right or be served.

2

Here, petitioner resides far from the estate's real property. Further, she is eighty-five years old and has had worsening health in the past few years. Therefore, petitioner has provided legitimate reasons to grant her resignation, and it appears to be in the best interest of the estate to grant her petition.

Under the will there is no sole beneficiary to take priority of Letters of Administration cta. There are, however, six remainder beneficiaries, including Maribel and petitioner. The other residuary beneficiaries have all been served with a citation and no one has appeared. Further, they have renounced their right to Letters.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Ana C. Santiago is hereby granted leave to resign as executor the Last Will and Testament of Rafael Cora Cintron, deceased, and that the Letters Testamentary heretofore issued to Ana C. Santiago, as such executor, are hereby revoked; and it is further

ORDERED, ADJUDGED AND DECREED that Maribel Pirela Melancon is hereby appointed as administrator cta of the Last Will and Testament of Rafael Cora Cintron, deceased, and that Letters of Administration cta shall issue to Maribel Pirela Melancon, as such administrator cta, to serve in, upon the filing of a bond in the amount of $160,000, and upon her duly qualifying according to law; and it is further

ORDERED, ADJUDGED AND DECREED, that Ana C. Santiago, the resigning executor herein, shall account for her proceedings as executor.

Decree is signed.

3

The Clerk shall send a copy of this decision, which constitutes an order of the court, to the parties whose names and addresses appear below.

Dated: April 29, 2025.

_____
SURROGATE

To:
Michael J. Curto, Esq.
35 East Grassy Sprain Road,
Yonkers, New York 10710
mcurto@vcsclaw.com
*Attorney for Petitioner Ana C. Santiago*

Allison E. Dolzani, Esq.
Julie Kessler LLP
60 Eas 42nd Steet, 46th Floor
New York, NY 10165
adolzani@jandklaw.com
*Attorney for Petitioner Maribel Pirela Melancon*

4

[* 4]